

**FILED**
JAMES J. VILT, JR. - CLERK

MAY - 6 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

INDICTMENT

NO. 3:25CR82DJH

JAMES HAVLICHECK, JR. (Counts 1, 2)
RODNEY HOLLIE (Count 1)
JOSEPH NGUYEN (Count 1)
MINH NGO (Counts 1, 2)
KEVIN NGUYEN (Count 1)
JOHNATHAN NGUYEN (Count 1)
ORDELL SMITH, JR. (Counts 3-5, 16)
VANRAY O'NEAL (Counts 6-8, 11, 12)
DARREN RENDER (Counts 8-10, 12-15, 17-23)

18 U.S.C. § 2
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)
18 U.S.C. § 933(a)(1)
18 U.S.C. § 933(b)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 846
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1
*(Conspiracy to Possess with Intent to Distribute Controlled Substances)*

Beginning on a date unknown, but at least as early as April 2024, and continuing up to and through on or about July 19, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **JAMES HAVLICHECK, JR., RODNEY HOLLIE, JOSEPH NGUYEN, MINH NGO, KEVIN NGUYEN,** and **JOHNATHAN NGUYEN,** knowingly and intentionally conspired with each other and others, known and unknown to the Grand Jury, to possess with intent to distribute controlled substances, to include 50 grams or more of

methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

The Grand Jury further charges:

## COUNT 2
*(Distribution of Methamphetamine)*

On or about July 18, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **JAMES HAVLICHECK, JR.** and **MINH NGO**, aided and abetted by each other and others, known and unknown to the Grand Jury, knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 3
*(Distribution of Methamphetamine)*

On or about August 6, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ORDELL SMITH, JR.**, knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 4
*(Distribution of Methamphetamine)*

On or about August 14, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ORDELL SMITH, JR.**, knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 5
*(Distribution of Methamphetamine)*

On or about August 27, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ORDELL SMITH, JR.**, knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 6
*(Distribution of Methamphetamine)*

On or about September 30, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **VANRAY O'NEAL**, knowingly and intentionally distributed 50 grams

or more of methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 7
*(Distribution of Methamphetamine)*

On or about October 2, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **VANRAY O'NEAL**, knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 8
(*Firearms Trafficking*)

On or about October 2, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **DARREN RENDER** and **VANRAY O'NEAL**, aided and abetted by each other, did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit a KelTec, model SUB-2000, 9 millimeter rifle, bearing serial number FFSS36, to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the person would constitute a felony.

In violation of Title 18, United States Code, Sections 2, 933(a)(1), and 933(b).

The Grand Jury further charges:

## COUNT 9
*(Possession of a Firearm by a Prohibited Person)*

On or about October 2, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DARREN RENDER**, knowingly possessed, in and affecting commerce, a KelTec, model SUB-2000, 9 millimeter rifle, bearing serial number FFSS36, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about April 2, 2020, in the United States District Court for the Western District of Kentucky, in Case Number 3:18-CR-142, **DARREN RENDER**, was convicted of the offense of Possession of a Firearm by a Prohibited Person.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 10
*(Distribution of Fentanyl)*

On or about October 2, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DARREN RENDER**, knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 11
*(Distribution of Methamphetamine)*

On or about October 7, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **VANRAY O'NEAL**, knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 12
*(Firearms Trafficking)*

On or about October 8, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **DARREN RENDER** and **VANRAY O'NEAL**, aided and abetted by each other, did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit a DPMS Inc., model DA-15, 5.56 rifle, bearing serial number F086458K, to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the person would constitute a felony.

In violation of Title 18, United States Code, Sections 2, 933(a)(1), and 933(b).

The Grand Jury further charges:

## COUNT 13
*(Possession of a Firearm by a Prohibited Person)*

On or about October 8, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DARREN RENDER**, knowingly possessed, in and affecting commerce,

a DPMS Inc., model DA-15, 5.56 rifle, bearing serial number F086458K, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about April 2, 2020, in the United States District Court for the Western District of Kentucky, in Case Number 3:18-CR-142, **DARREN RENDER**, was convicted of the offense of Possession of a Firearm by a Prohibited Person.
>
> In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 14
*(Distribution of Fentanyl)*

On or about October 8, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DARREN RENDER**, knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 15
*(Possession of a Firearm in Furtherance of Drug Trafficking)*

On or about October 8, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DARREN RENDER**, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 16
*(Distribution of Methamphetamine)*

On or about October 24, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ORDELL SMITH, JR.**, knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 17
*(Firearms Trafficking)*

On or about November 11, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DARREN RENDER**, did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit a Ruger, model Ruger-57, 5.7 millimeter pistol, bearing serial number 643-24922, to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the person would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

The Grand Jury further charges:

## COUNT 18
*(Possession of a Firearm by a Prohibited Person)*

On or about November 11, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DARREN RENDER**, knowingly possessed, in and affecting commerce,

a Ruger, model Ruger-57, 5.7 millimeter pistol, bearing serial number 643-24922, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

On or about April 2, 2020, in the United States District Court for the Western District of Kentucky, in Case Number 3:18-CR-142, **DARREN RENDER**, was convicted of the offense of Possession of a Firearm by a Prohibited Person.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 19
*(Distribution of Fentanyl)*

On or about November 11, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DARREN RENDER**, knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 20
*(Possession of a Firearm in Furtherance of Drug Trafficking)*

On or about November 11, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DARREN RENDER**, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 21
*(Firearms Trafficking)*

On or about December 12, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DARREN RENDER**, did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit a Radical Firearms LLC, model RF-15, multi-caliber pistol, bearing serial number 23-034814, to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the person would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

The Grand Jury further charges:

## COUNT 22
*(Possession of a Firearm by a Prohibited Person)*

On or about December 12, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DARREN RENDER**, knowingly possessed, in and affecting commerce, a Radical Firearms LLC, model RF-15, multi-caliber pistol, bearing serial number 23-034814, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about April 2, 2020, in United States District Court for the Western District of Kentucky, in Case Number 3:18-CR-142, **DARREN RENDER**, was convicted of the offense of Possession of a Firearm by a Prohibited Person.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 23
*(Distribution of Heroin)*

On or about December 12, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DARREN RENDER**, knowingly and intentionally distributed a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1) and 846, as specifically charged in this Indictment, felonies punishable by imprisonment for more than one year, the defendants, **JAMES HAVLICHECK, JR., RODNEY HOLLIE, JOSEPH NGUYEN, KEVIN NGUYEN, JOHNATHAN NGUYEN, MINH NGO, ORDELL SMITH, JR., DARREN RENDER**, and **VANRAY O'NEAL**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations (including but not limited to all firearms and ammunition).

As a result of committing offenses in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), 924(c)(1)(A), and 933, as specifically charged in this Indictment, the defendant, **DARREN RENDER**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms, magazines, and ammunition involved in the commission of said offenses, including: Anderson

Manufacturing, model AM-15, multi-caliber rifle bearing serial number 21412534; a KelTec, model SUB-2000, 9 millimeter rifle, bearing serial number FFSS36; a DPMS Inc., model DA-15, 5.56 rifle, bearing serial number F086458K; a Ruger, model Ruger-57, 5.7 millimeter pistol, bearing serial number 643-24922; a Radical Firearms LLC, model RF-15, multi-caliber pistol, bearing serial number 23-034814; and assorted ammunition.

A TRUE BILL.



_____
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:APG:05.06.2025

UNITED STATES OF AMERICA v. **JAMES HAVLICHECK, JR., ET AL.**

## PENALTIES

| | |
|---|---|
| Counts 1, 2, 3, 4, 5, 6, 7, 11, 16: | NL 10 yrs./NM Life/$10,000,000/both/NL 5yrs. Supervised Release (each count) (NL 15 yrs./NM Life/$20,000,000/both/NL 10 yrs./NM Life Supervised Release (with notice of one prior conviction))(each count) |
| Count 6: | NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4yrs. Supervised Release (NL 10 yrs./NM Life/$8,000,000/both/NL 8 yrs./NM Life Supervised Release with notice of one prior conviction) |
| Counts 8, 9, 12, 13, 17, 18, 20, 21, 22: | NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count) |
| Count 10, 11, 14, 19, 21, 23: | NM 20 yrs./$1,000,000/both/NL 3yrs. Supervised Release (each count) (NM 30 yrs./$2,000,000/both/NL 6 yrs. Supervised Release with notice of one prior conviction)(each count) |
| Counts 15, 20: | NL 5 years consecutive/$250,000/both/NM 5 yrs. Supervised Release (each count) |
| FORFEITURE | |

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual $125 per count/other | Felony: | $100 per count/individual $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

   18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.