UNITED STATES DISTRICT COURT
Western District of Kentucky

**FILED**
JAMES J. VILT JR,
CLERK
5/22/2025
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

## EXHIBIT INVENTORY

Case Number: 3:25cr-82-DJH _____  Style of Case: USA v. Darren Render

Received from: TLB _____  Received by: Wohner _____ Date: 5/22/2025

Proceedings: Detention Hearing _____

| NUMBER | DESCRIPTION | NUMBER | DESCRIPTION |
|--------|-------------|--------|-------------|
| Dft. 1 | Bed letter - ARC | | |

NOTES: _____

**DISPOSITION OF EXHIBITS:**

ITEMS: _____

RECEIVED BY: _____ DATE: _____

RETURNED BY: _____ DATE: _____

ITEMS: _____

RECEIVED BY: _____ DATE: _____

RETURNED BY: _____ DATE: _____

ITEMS: _____

RECEIVED BY: _____ DATE: _____

RETURNED BY: _____ DATE: _____

OTHER DISPOSITION: _____

DATE: _____ RETURNED BY: _____ , **Deputy Clerk**